1  Paul W. Moncrief, Esq., SBN 204239
   Paul Hart., Esq., SBN 237766
2  JOHNSON & MONCRIEF, PLC
   295 Main Street, Suite 600
3  Salinas, CA 93901
   Telephone: (831) 759-0900
4  Facsimile: (831) 759-0902

5  Attorney for Plaintiff Kophamer Farms, Inc.,

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOPHAMER FARMS, INC., a California corporation**<br><br>    **Plaintiff,**<br><br>v.<br><br>**SELECT ONION, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, Inclusive,**<br><br>    **Defendants.** | Case No. 1:10-cv-00162-OWW-DLB<br><br>**STIPULATION AND REVISED SCHEDULING ORDER** |

   The parties have engaged in discovery and are still in the process of doing so but require additional time to complete the discovery process. Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION, LLC and FARRELL LARSON hereby stipulate to the following Revised Scheduling Order in the instant action:

   1.   Settlement Conference:                November 23, 2010
   2.   Discovery Cut Off:                    December 23, 2010

_____
*Stipulation and Revised Scheduling Order*
*Kophamer Farms, Inc. v. Select Onion, LLC, et al.*
Case No. 1:10-CV-00162-OWW-DLB

1

|   |    |    |    |
|---|----|----|----|
| 1 | 3. | Non Dispositive Motion Filing Deadline: | January 4, 2011 |
| 2 | 4. | Non Dispositive Motion Hearing Deadline: | February 11, 2011 |
| 3 | 5. | Dispositive Motion Filing Deadline: | February 22, 2011 |
| 4 | 6. | Dispositive Motion Hearing Deadline: | March 21, 2011 |
| 5 | 7. | Pre-Trial Conference: | April 25, 2011 at 11:00am Courtroom Three |
| 7 | 8. | Trial Date: | July 6, 2011 at 9:00am, Courtroom Three, Court Trial 3 to 5 days. |

IT IS SO STIPULATED.

Dated: September 20, 2010                                  JOHNSON & MONCRIEF, PLC


By:  /s/ PAUL HART_____
        Paul Hart, Esq.
        Attorney for Plaintiff
        KOPHAMER FARMS, INC.


Dated: September 20, 2010                                  RYNN & JANOWSKY, LLP


By: /s/ BART M. BOTTA_____
        Bart M. Botta, Esq.
        Attorney for Defendants
        SELECT ONION, LLC and
        FARRELL LARSON


### **ORDER**

Pursuant to the Stipulation of the parties, the Court finds that good cause exists for extending the deadlines set forth in the Scheduling Order dated May 19, 2010.

IT IS HEREBY ORDERED that the deadlines in the Scheduling Order are extended as follows:

    1.    Settlement Conference:                          November 23, 2010

_____

*Stipulation and Revised Scheduling Order*
*Kophamer Farms, Inc. v. Select Onion, LLC, et al.*
Case No. 1:10-CV-00162-OWW-DLB

2

|    |                                        |                                          |
|----|----------------------------------------|------------------------------------------|
| 2. | Discovery Cut Off:                     | December 23, 2010                        |
| 3. | Non Dispositive Motion Filing Deadline: | January 4, 2011                         |
| 4. | Non Dispositive Motion Hearing Deadline: | February 11, 2011                      |
| 5. | Dispositive Motion Filing Deadline:    | February 22, 2011                        |
| 6. | Dispositive Motion Hearing Deadline:   | March 21, 2011                           |
| 7. | Pre-Trial Conference:                  | April 25, 2011 at 11:00am Courtroom Three |
| 8. | Trial Date:                            | July 6, 2011 at 9:00am, Courtroom Three, Court Trial 3 to 5 days. |

IT IS SO ORDERED.

Dated:  **September 21, 2010**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

---

*Stipulation and Revised Scheduling Order*
*Kophamer Farms, Inc. v. Select Onion, LLC, et al.*
Case No. 1:10-CV-00162-OWW-DLB

3