# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOPHAMER FARMS, INC, | CASE NO. 1:10-cv-00162-OWW-SKO |
| Plaintiff, | ORDER re FURTHER SETTLEMENT CONFERENCE |
| v. | |
| SELECT ONION, LLC, et al., | |
| Defendants. | |

This case is set for a Further Settlement Conference before Magistrate Judge Sheila K. Oberto on December 15, 2010, at 1:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The parties shall appear with full settlement authority.

2. The parties are to send **updated** Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than December 10, 2010. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

IT IS SO ORDERED.

**Dated:   December 2, 2010**         /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE