1  Paul W. Moncrief, Esq., SBN 204239
   Paul Hart., Esq., SBN 237766
2  JOHNSON & MONCRIEF, PLC
   295 Main Street, Suite 600
3  Salinas, CA 93901
   Telephone: (831) 759-0900
4  Facsimile: (831) 759-0902

5  Attorney for Plaintiff Kophamer Farms, Inc.,

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOPHAMER FARMS, INC.**, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>**SELECT ONION, LLC**, an Oregon limited liability company; **FARRELL LARSON**, an individual; and DOES 1 through 20, Inclusive,<br><br>**Defendants.** | Case No. 1:10-cv-00162-OWW-SKO<br><br>**STIPULATION CONTINUING SETTLEMENT CONFERENCE AND ORDER** |

   The parties have reached a settlement in the instant action and are in the process of finalizing a written settlement agreement memorializing the terms and conditions of said settlement as this settlement involves the purchase of produce through 2012. The settlement agreement is taking longer to finalize than originally anticipated. Accordingly, Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION, LLC and FARRELL LARSON hereby stipulate to the rescheduling of the Settlement Conference currently scheduled for Wednesday, December 15, 2010, at 1:30 p.m. until after January 1, 2011.

IT IS SO STIPULATED.

Dated:  December 9, 2010                              JOHNSON & MONCRIEF, PLC


                                                     By:/s/ Daniel E. Griffee_____             Daniel E. Griffee, Esq.
                                                         Attorney for Plaintiff
                                                             KOPHAMER FARMS, INC.


Dated:  December 9, 2010                              RYNN & JANOWSKY, LLP


                                                     By:/s/ Bart M. Botta_____
                                                         Bart M. Botta, Esq.
                                                         Attorney for Defendants
                                                            SELECT ONION, LLC and
                                                            FARRELL LARSON


## **ORDER**

Pursuant to the Stipulation of the parties, the Court finds that good cause exists for continuing the Settlement Conference currently scheduled for Wednesday, December 15, 2010, at 1:30 p.m.

IT IS HEREBY ORDERED that the Settlement Conference is hereby rescheduled to January 27, 2011, at 10:30 a.m.

IT IS SO ORDERED.

   Dated:   **December 10, 2010**                    **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE