# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOPHAMER FARMS, INC, | CASE NO. 1:10-cv-00162-OWW-SKO |
| Plaintiff, | ORDER re FURTHER SETTLEMENT CONFERENCE |
| v. | |
| SELECT ONION, LLC, et al., | |
| Defendants. | |

A Settlement Conference in this case was held on November 23, 2010, at which time the case did not settle. A further Settlement Conference was set for December 15, 2010, and at the request of counsel continued to January 27, 2011, before Magistrate Judge Sheila K. Oberto at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The parties shall appear with full settlement authority.

2. The parties are to send **updated** Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than January 20, 2011. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

IT IS SO ORDERED.

**Dated:   January 12, 2011**        /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE