BART M. BOTTA, State Bar No. 167051
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
bart@rjlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOPHAMER FARMS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-00162-OWW-SKO<br><br>**STIPULATION CONTINUING SETTLEMENT CONFERENCE; PROPOSED ORDER** |

COMES NOW Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION COMPANY, LLC and FARRELL LARSON (referred to collectively as "the PArties"), by and through their undersigned counsel of record, and hereby stipulate as follows.  As the Parties previously notified the Court, the Parties have reached a settlement of this matter, and have now memorialized this settlement in writing.  There are still a few terms that are being negotiated by the Parties, but the Parties anticipate these remaining terms will be resolved and the settlement finalized within 30 days.

CASE NO. 1:10-CV-00162-OWW-DLB
STIPULATION AND PROPOSED ORDER

1

Accordingly, Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION COMPANY, LLC and FARRELL LARSON hereby stipulate to the rescheduling of the Settlement Conference currently scheduled for January 27, 2011 at 10:30 a.m. for thirty (30) days until any date after February 26, 2011.

IT IS SO STIPULATED.

Dated: January 20, 2011             JOHNSON & MONCRIEF, PLC

                                    By:   /s/ Daniel E. Griffee
                                          DANIEL E. GRIFFEE
                                          Attorneys for Plaintiff

Dated: January 20, 2011             RYNN & JANOWSKY, LLP

                                    By:   /s/ Bart M. Botta
                                          BART M. BOTTA
                                          Attorneys for Defendants

### ORDER

Pursuant to the Stipulation of the Parties, the Court finds that good cause exists for continuing the Settlement Conference currently scheduled for January 27, 2011 at 10:30 a.m.

IT IS HEREBY ORDERED that the Settlement Conference is hereby rescheduled to March 3, 2011 at 10:30 a.m.

IT IS SO ORDERED.

Dated: **January 24, 2011**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

CASE NO. 1:10-CV-00162-OWW-DLB
STIPULATION AND PROPOSED ORDER