BART M. BOTTA, State Bar No. 167051
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
bart@rjlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KOPHAMER FARMS, INC. a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SELECT ONION COMPANY, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 1:10-CV-00162-OWW-SKO<br><br>**STIPULATION CONTINUING SETTLEMENT CONFERENCE; PROPOSED ORDER** |
|---|---|

COMES NOW Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION COMPANY, LLC and FARRELL LARSON (referred to collectively as "the Parties"), by and through their undersigned counsel of record, and hereby stipulate as follows. As the Parties previously notified the Court, the Parties have reached a settlement of this matter, however, there has been a new development which is delaying the finalizing of the agreement. Severe weather conditions have impacted Plaintiff's fields where the Bakersfield onion crop is planted, and these onions were to be included as part of the settlement. Consequently, Defendants would like an inspection of the fields

so that the Parties can revise the settlement structure to reflect the possibility that a certain amount of the crop will not be suitable for Defendants' requirements. The Parties had scheduled an inspection of the fields but Defendants' flight was cancelled due to weather, so the inspection has been tentatively rescheduled to March 3, 2011. Thus, the parties anticipate that the settlement will have to be revised to reflect this latest development, and that the settlement can be finalized within the next 30 days.

Accordingly, Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION COMPANY, LLC and FARRELL LARSON hereby stipulate to the rescheduling of the Settlement Conference currently scheduled for March 3, 2011 for thirty (30) days until any date after April 2, 2011.

IT IS SO STIPULATED.

Dated: February 24, 2011          JOHNSON & MONCRIEF, PLC


                                  By:   /s/ Daniel E. Griffee
                                        DANIEL E. GRIFFEE
                                        Attorneys for Plaintiff


Dated: February 24, 2011          RYNN & JANOWSKY, LLP


                                  By:   /s/ Bart M. Botta
                                        BART M. BOTTA
                                        Attorneys for Defendants

CASE NO. 1:10-CV-00162-OWW-DLB
STIPULATION AND PROPOSED ORDER

2

## ORDER

Pursuant to the Stipulation of the Parties, the Court finds that good cause exists for continuing the Settlement Conference currently scheduled for March 3, 2011.

IT IS HEREBY ORDERED that the Settlement Conference is hereby rescheduled to April 5, 2011 at 10:30 a.m.  **In light of the current trial schedule, no further extensions of time will be granted.**

IT IS SO ORDERED.

Dated:   **February 25, 2011**                    **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE

CASE NO. 1:10-CV-00162-OWW-DLB
STIPULATION AND PROPOSED ORDER

3