1  Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
2  JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
3  Salinas, CA 93901
Telephone: (831) 759-0900
4  Facsimile: (831) 759-0902

5  Attorney for Plaintiff Kophamer Farms, Inc.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KOPHAMER FARMS, INC., a California corporation** | Case No. 1:10-cv-00162-OWW-SKO |
| **Plaintiff,** | **STIPULATION CONTINUING SETTLEMENT CONFERENCE AND ORDER** |
| v. | |
| **SELECT ONION, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, Inclusive,** | |
| **Defendants.** | |

Plaintiff KOPHAMER FARMS, INC. and Defendants SELECT ONION, LLC and FARRELL LARSON hereby stipulate to the rescheduling of the Settlement Conference currently scheduled for Tuesday, April 5, 2011, at 10:30 a.m., to May 12, 2011, at 10:30 a.m.

IT IS SO STIPULATED.

_____
*Stipulation and [Proposed] Order*
*Kophamer Farms, Inc. v. Select Onion, LLC, et al.*
Case No. 1:10-CV-00162-OWW-DLB

1

Dated:  March 29, 2011                           JOHNSON & MONCRIEF, PLC

                                                      By:/s/ Daniel E. Griffee
Daniel E. Griffee, Esq.
Attorney for Plaintiff
KOPHAMER FARMS, INC.

Dated:  March 29, 2011                           RYNN & JANOWSKY, LLP

                                                      By:/s/ Bart M. Botta
Bart M. Botta, Esq.
Attorney for Defendants
SELECT ONION, LLC and
FARRELL LARSON

## ORDER

Pursuant to the Stipulation of the parties, the Court finds that good cause exists for continuing the Settlement Conference currently scheduled for Tuesday, April 5, 2011, at 10:30 a.m.

IT IS HEREBY ORDERED that the Settlement Conference is hereby rescheduled to May 12, 2011, at 10:30 a.m.

IT IS SO ORDERED.

Dated:  **March 30, 2011**                           **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE