# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| KOPHAMER FARMS, INC., | CASE NO. 1:10-cv-00162 OWW SKO |
| Plaintiffs, | |
| v. | **ORDER TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT OR SHOW CAUSE** |
| SELECT ONION, LLC., et.al., | |
| Defendants. / | |

On April 12, 2011, the Court issued an Order re Settlement Conference ("Order"). The Order explicitly instructed the parties as to the preparation and submission deadline of the Confidential Settlement Conference Statement:

> The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than five (5) business days before the conference. Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

The settlement conference is set for May 12, 2011. Defendants failed to submit their Confidential Settlement Conference Statement by May 5, 2011 – five (5) business days before the conference. Defendants were given an extension to submit their Statement by no later than noon, May 9, 2011.

Defendants have again failed to timely submit their Confidential Settlement Conference Statement. Accordingly, it is ORDERED that, **no later than 10:00 a.m. on May 10, 2011**, Defendants shall submit their Confidential Settlement Conference Statement that is complete in itself and complies with the Court's April 12, 2011, Order, or show cause why the Court should not impose sanctions under Local Rule 110 for failing to comply with an order of this Court.

IT IS SO ORDERED.

**Dated:   May 9, 2011**                         /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE