# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG KOPHAMER FARMS, a general partnership,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SELECT ONION, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:10-CV-00162-OWW-SKO<br><br>**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT** |

　　　　Having read the Stipulation for Entry of Judgment, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that this lawsuit be dismissed in its entirety without prejudice subject to further notification by Plaintiff's counsel either requesting entry of judgment in the event the Defendants default under the Stipulation or requesting dismissal with prejudice upon Defendants' payment in full of the agreed upon amounts as provided for in the Stipulation for Entry of Judgment.

　　　　IT IS HEREBY FURTHER ORDERED that the U.S. District Court for the Eastern District of California shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of entering and enforcing judgment against Defendants in the event of Defendants' default under the Stipulation for Entry of Judgment, or to otherwise interpret or

enforce the terms of said Stipulation for Entry of Judgment and the Settlement Agreement and General and Mutual Release, or to enter any other order as deemed necessary or just by this Court.

IT IS SO ORDERED.

Dated:  **June 20, 2011**                                        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE