Paul Hart., Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Doug Kophamer Farms

**FILED**

FEB 1 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DOUG KOPHAMER FARMS, a general partnership,

  Plaintiff,

v.

SELECT ONION, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, Inclusive,

  Defendants.

Case No. 1:10-CV-00162-LJO-SKO

**ORDER ON STIPULATION FOR ENTRY OF JUDGMENT**

  Having read the Stipulation for Entry of Judgment filed on February 13, 2012, and good cause appearing therefore,

  IT IS HEREBY ORDERED that this lawsuit be dismissed in its entirety without prejudice subject to further notification by Plaintiff's counsel either requesting entry of judgment in the event the Defendants default under the Stipulation or requesting dismissal with prejudice upon Defendants' payment in full of the agreed upon amounts as provided for in the Stipulation for Entry of Judgment filed on February 13, 2012.

  ITI S HERERBY FURTHER ORDERED that the U.S. District Court for the Eastern District of California shall retain exclusive personal and subject matter jurisdiction of this case for the purpose of entering and enforcing judgment against Defendants in the event of

1  Defendants' default under the Stipulation for Entry of Judgment filed February 13, 2012, or to
2  otherwise interpret or enforce the terms of said Stipulation for Entry of Judgment filed on
3  February 13, 2012, or to enter any other order as deemed necessary of just by this Court.
4      IT IS SO ORDERED.
5  Dated: _Feb. 14_, 2012

JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN DISTRICT
OF CALIFORNIA