Paul Hart., Esq., SBN 237766
Daniel E. Griffee, Esq., SBN 229897
JOHNSON, MONCRIEF & HART, PC
16 West Gabilan Street
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Doug Kophamer Farms

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUG KOPHAMER FARMS, a general partnership,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SELECT ONION, LLC, an Oregon limited liability company; FARRELL LARSON, an individual; and DOES 1 through 20, Inclusive,**<br><br>**Defendants.** | Case No. 1:10-CV-00162-OWW-SKO<br><br>**JUDGMENT** |

Good cause appearing, based upon the Stipulation for Entry of Judgment filed with this Court on February 13, 2012, the Application for Court Judgment, the Declaration of Daniel E. Griffee and the Declaration of Doug Kophamer in Support of Application for Court Judgment, it is hereby ORDERED that:

Judgment shall be entered in favor of Plaintiff DOUG KOPHAMER FARMS ("Plaintiff") against Defendants SELECT ONION, LLC and FARRELL LARSON ("Defendants") in the amount of $25,425.00.

Plaintiff DOUG KOPHAMER FARMS is the beneficiary of the floating nonsegregated statutory trust on all of Defendants' perishable agricultural commodities, all inventories of food or other products derived from perishable agricultural commodities, and any receivables

or proceeds from the sale of such perishable agricultural commodities or products or assets derived therefrom pursuant to 7 U.S.C. Section 449e(c)(1)-(4) of PACA due to Defendants' failure to remit payment for commodities received and shipped to Defendant by Plaintiff.

IT IS SO ORDERED.

Dated:   **April 25, 2012**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

_____
Judgment
*Doug Kophamer Farms. v. Select Onion, LLC, et al.*
Case No. 1:10-CV00162-OWW-SKO

2